FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

# COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 14 2016
ARTHUR JOHNSTON
BY ______ DEPUTY

Bell 7700061839
(Last Name) (Identification Number)

Kendrick Marques
(First Name) (Middle Name)

Hinds County Detention Center
(Institution)

407 E. Pascagola St. Jackson Ms. 39201
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

CIVIL ACTION NUMBER: 3:16cv718-WHB-JCG
(to be completed by the Court)

Mary Rushing
Travis Crane
Deputy Tillman
Deputy Johnson
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Kendrick Bell Prisoner Number: 7760061839

Address: 407 E. Pascagoula St. Jackson, Ms. 39201

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Warden Mary Rushing is employed as Warden Rushing at Hinds County Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
| --- | --- |
| Kendrick Bell | 407 E. Pascagoula St. Jackson, Ms. 39201 |

DEFENDANT(S):

| NAME: | ADDRESS: |
| --- | --- |
| Mary Rushing | Hinds County Detention Center (Raymond) |
| Travis Crane | Hinds County Detention Center (Raymond) |
| Deputy Tillman | Hinds County Detention Center (Raymond) |
| Deputy Johnson | Hinds County Detention Center (Raymond) |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:__________________________________________________

4. Name of judge to whom case was assigned:__________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________________

CASE NUMBER 2.

1. Parties to the action:____________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:__________________________________________________

4. Name of judge to whom case was assigned:__________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On March 24, 2016 when I was arrested and sent to the Raymond Detention Center- I was told by Warden Mary Rushing, Captain Travis Crane, Deputy Tillman, and Deputy Johnson that my life was in danger due to my charge. They were informed by inmates that they would Kill me. These officer's mentioned above have accepted money to get other inmate's assaulted by other officer's and other inmates. I requested for protective custody. These officer's still allowed these inmate's access to the P.C. unit. I was later transfered to MDOC for a parole violation before I could get assaulted.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. To "NOT" be housed at the Raymond Detention Center. If so, I would like the sum of $1 million. Because I was threatened by the above officer's that I would be back. Right now I'm at J.D.C where I am Safe.

Signed this 29th day of August, 2016.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Kendrick Bell
Signature of plaintiff

Statement of Claim

Cont.

Warden Mary Rushing, Captain Travis Crane, Deputy Tillman and Deputy Johnson "boastfully" told me that they fully disagreed with the charge that I was incarcerated on. They verbally told me, if paid the right price - they would even allow the assault to happen. I was lucky MDOC came and transferred me to prison for the parole violation. These sworn in officer's "make" inmates in Raymond sale contraband for them and then turn around and come "bust" everybody so that they can do it all over again. Eye witnesses have witnessed Warden Mary Rushing "give" an inmate back his phone after a shake down. This particular inmate is saling contraband for Warden Rushing. Certain inmates have paid Warden Rushing to move certain inmates on certain zone's just so they can assault them. Issues have been raised but disregarded. I am one of those inmates that inmates want housed in Raymond just so they can have me killed. That's why I requested to be housed at the Jackson Detention Center, dauntaun jackson.